In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00281-CV**
_____

**RENA HILLIARD, Appellant**

**V.**

**BEAUMONT HOUSING AUTHORITY AND RASHAD BOWMAN,**
**Appellees**

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 133658**

**MEMORANDUM OPINION**

The appellant, Rena Hilliard, and the appellees, Beaumont Housing Authority and Rashad Bowman, filed a joint motion to dismiss this appeal. The motion states the parties settled the dispute, which moots the appeal. The parties filed the motion voluntarily and before the Court issued any decision. We grant the motion to dismiss.

*See* Tex. R. App. P. 42.1(a)(2). No other party filed a notice of appeal. We dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on October 23, 2019
Opinion Delivered October 24, 2019

Before Kreger, Horton, and Johnson, JJ.